## STATE OF CONNECTICUT *v.* FRANK BELL

The defendant's petition for certification for appeal from the Appellate Court, 55 Conn. App. 475 (AC 17999), is denied.

MCDONALD, C. J., and BERDON, J., dissenting. We would grant the defendant's petition for certification to appeal.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Richard E. Condon, Jr.*, special deputy assistant public defender, in support of the petition.

*Margaret Gaffney Radionovas*, assistant state's attorney, in opposition.